FILED

SEP 2 2 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. **4:21CR00521 RLW/NAB** |
| v. ) | |
| ) | |
| FREDDIE LAMONT CRAWFORD, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR PRETRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jennifer J. Roy, Assistant United States Attorney for said District, and moves the Court to order the defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of the defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. The defendant has been charged in an eight-count Indictment with passing counterfeit checks, in violation of Title 18, United States Code, Section 513, and identity theft, in violation of Title 18, United States Code, Section 1028(a)(7). The charged conduct occurred between July 2019 and September 2019. The investigation has revealed that the defendant used counterfeit checks to pay for merchandise at businesses located in St. Louis County, Missouri. The investigation also revealed that the defendant used the true names and addresses of various individuals without their consent on the counterfeit checks he presented at the businesses.

2. The defendant's lengthy criminal history reflects that he has accumulated over a dozen convictions. The defendant also appears to have several pending cases including: (1) 1911-CR02769, St. Charles County, four counts of felony Forgery; (2) 18SL-CR07122, St. Louis County, two counts of felony Forgery; and (3) 19SL-CR04573, St. Louis County, one count of Forgery.

3. The defendant's criminal history further reflects that he has repeatedly failed to comply with the conditions of court-ordered supervision by committing new crimes while under supervision and has a history of failing to appear for court dates. It appears that the defendant has several active warrants for his arrest. Notably, on April 16, 2021, the defendant received a "dishonorable discharge" from probation in 1722-CR04846, Circuit Court of the City of St. Louis.

4. The defendant has made statements during the course of this investigation that suggest that he is an unlawful user of controlled substances.

5. The weight of the evidence against the defendant and the defendant's history and characteristics, which includes a substantial number of felony convictions and poor performance while on court ordered supervision, reflects that there is a serious likelihood that the defendant may flee and may cause additional financial harm to the community. *See*, Title 18, United States Code, Section 3142(f)(2)(A), (g)(1)-(4).

WHEREFORE, the Government requests this Court to order the defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of the defendant's initial appearance.

    Respectfully submitted,

    SAYLER A. FLEMING
    United States Attorney

    */sJennifer J. Roy #47203MO*
    Jennifer J. Roy
    Assistant United States Attorney
    111 South 10th Street, Rm. 20.333
    St. Louis, Missouri 63102
    314-539-2200